**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| SHANTA MILES, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 3:17-cv-00160-JAG |
| | ) |
| RICHMOND REDEVELOPMENT & | ) |
| HOUSING AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

<u>**AMENDED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**</u>

Plaintiffs seek final approval under Rule 23(e) a class settlement for all current and former Richmond public housing residents since November 1, 2012, through October 31, 2016, who were subject to the Richmond Redevelopment and Housing Authority's (RRHA's) procedures regarding utility allowances and late fees. Plaintiffs and Defendant have reached a settlement agreement which the parties believe is fair and just and adequately resolves Plaintiffs' claims. After this Court granted preliminary approval of the settlement, RRHA sent notice to the Class Members. Plaintiffs now ask for the Court's final approval of the class settlement.

Plaintiffs timely filed its original Motion for Final Approval of Class Settlement and supporting documents on June 29, 2018. After the filing, Defendant provided updated settlement amounts that increased the amount of the settlement award.

Plaintiffs have filed today an Amended Memorandum of Law with supporting declarations and an Amended Proposed Order in support of this motion.

Respectfully submitted this 3rd day of July 2018.

SHANTA MILES, *et al.*,

By: <u>/s/ Sylvia Cosby Jones</u>

1

Sylvia Cosby Jones, VSB # 35870
Email: sylvia@justice4all.org
Brenda Castañeda, VSB # 72809
Email: brenda@justice4all.org
Mary DeVries, VSB # 88186
Email: maryd@justice4all.org
Marcellinus L.M.B. Slag, VSB # 29833
Email: marcel@justice4all.org
LEGAL AID JUSTICE CENTER
123 East Broad Street
Richmond, VA 23219
(804) 643-1086
(804) 643-2059 Facsimile

Thomas D. Domonoske, VSB # 35434
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd.
Newport News, VA 23601
(540) 442-7706
(757) 930-3662 Facsimile
Email: tom@clalegal.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 3, 2018, I electronically filed the foregoing with the Clerk of the Court of the US District Court, Virginia, Eastern District, using the CM/ECF system, which will send notice to the following:

James M. Bowling, IV
St. John, Bowling, Lawrence & Quagliana, LLP
416 Park Street
Charlottesville, VA 22902
(434) 296-7138
(434) 296-1301 Facsimile
Email: jmb@stlawva.com
Counsel for Defendant Richmond Redevelopment and Housing Authority

By: /s/ Sylvia Cosby Jones

2