IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| SHANTA MILES, et al. ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 3:17-cv-00160-JAG |
| RICHMOND REDEVELOPMENT ) AND HOUSING AUTHORITY ) | |
| Defendant. ) | |

## MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

The Defendant, Richmond Redevelopment and Housing Authority ("RRHA") joins in Plaintiff's Amended Motion seeking final approval under Rule 23(e) of a class settlement for all current and former Richmond public housing residents since November 1, 2012, through October 31, 2016, who were subject to the RRHA's procedures regarding utility allowances and late fees. In doing so, RRHA denies any and all allegations of wrongdoing and related legal conclusions which arise or may arise out of the circumstances resulting in this Class Action. RRHA does not admit any wrongdoing or noncompliance with any federal, state or local statute, public policy, tort law, contract law, common law, or any other wrongdoing whatsoever (Dkt 20). Plaintiffs and Defendant have reached a settlement agreement which the parties believe is fair and just and adequately resolves Plaintiffs' claims. After this Court granted preliminary approval of the settlement, RRHA sent notice to the Class Members. Plaintiffs have now asked for the Court's final approval of the class settlement and Defendant joins in that motion.

Plaintiffs have filed an Amended Memorandum of Law with supporting declarations and an Amended Proposed Order in support of their motion. RRHA adopts this memorandum in

support of this matter and requests the Court to give final approval to the terms of a settlement by entry of the Order attached as Exhibit C to Plaintiffs' Amended Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Settlement.

Respectfully submitted this 9th day of July, 2018,

Date: 7/9/2018

RICHMOND REDEVELOPMENT AND HOUSING AUTHORITY

By: /s/ James M. Bowling, IV
Counsel
James M. Bowling, IV (VSB # 14232)
St. John, Bowling, Lawrence & Quagliana, LLP
416 Park Street
Charlottesville, Virginia 22902
(434) 296-7138
(434) 296-1301 Facsimile
jmb@stlawva.com
*Counsel for Defendant Richmond Redevelopment and Housing Authority*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Sylvia Cosby Jones, VSB # 35870 | Marcellinus L.M.B. Slag, VSB # 29833 |
| LEGAL AID JUSTICE CENTER | LEGAL AID JUSTICE CENTER |
| 123 East Broad Street | 123 East Broad Street |
| Richmond, VA 23219 | Richmond, VA 23219 |
| (804) 643-1086 | (804) 643-1086 |
| (804) 643-2059 Facsimile | (804) 643-2059 Facsimile |
| Email: sylvia@justice4all.org | Email: marcel@justice4all.org |

Brenda Castañeda, VSB # 72809
LEGAL AID JUSTICE CENTER
123 East Broad Street
Richmond, VA 23219
(434) 977-0553
(434) 977-0558 Facsimile
Email: brenda@justice4all.org

Mary DeVries, VSB # 88186
LEGAL AID JUSTICE CENTER
123 East Broad Street
Richmond, VA 23219
(804) 643-1086
(804) 643-2059 Facsimile
Email: maryd@justice4all.org

Thomas D. Domonoske, VSB # 35434
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd.
Newport News, VA 23601
(540) 442-7706
(757) 930-3662 Facsimile
Email: tom@clalegal.com

*Attorney for Plaintiffs*

By:   /s/ James M. Bowling, IV
      Counsel
      James M. Bowling, IV (VSB # 14232)
      St. John, Bowling, Lawrence & Quagliana, LLP
      416 Park Street
      Charlottesville, Virginia 22902
      (434) 296-7138
      (434) 296-1301 Facsimile
      *jmb@stlawva.com*
      *Counsel for Defendant Richmond Redevelopment and Housing Authority*